B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dito, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 66-0553558 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>202 CALLE TIZOL<br>SAN JUAN, PR     ZIPCODE 00901 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Juan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>202 CALLE TIZOL<br>SAN JUAN, PR     ZIPCODE 00901 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>202 CALLE JOSE TIZOL, SAN JUAN, PR              ZIPCODE 00901 | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Dito, Inc. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dito, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Maria Soledad Lozada Figueroa*<br>Signature of Attorney for Debtor(s)<br><br>Maria Soledad Lozada Figueroa 222811<br>Maria S. Lozada Figueroa<br>PO BOX 9023888<br>SAN JUAN, PR 00921-3888<br>(787) 200-0673<br>msl@lozadalaw.com<br><br>August 27, 2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ PORFIRIO DIAZ TORRES*<br>Signature of Authorized Individual<br><br>**PORFIRIO DIAZ TORRES**<br>Printed Name of Authorized Individual<br><br>**PRESIDENT**<br>Title of Authorized Individual<br><br>August 27, 2015<br>Date | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CERTIFIED COPY OF RESOLUTION OF
## DITO, INC. AUTHORIZING
## THE FILLING OF PETITION FOR REORGANIZATION
## UNDER CHPATER 11 OF THE BANKRUPTCY CODE

I, the undersigned, as Secretary and Treasurer of Dito, Inc., a profit corporation duly and legally organized and existing and in good standing under and by virtue of the Laws of the Commonwealth of Puerto Rico, **CERTIFY**:

That, pursuant to an Action by Unanimous Written Consent of the board of shareholders **Dito, Inc.**, in accordance with Section 4.01(E) of the General Corporation Law of Commonwealth of Puerto Rico, the following resolutions was unanimously adopted:

"WHEREAS, **DITO, INC.**. due to the economic situation prevailing in Puerto Rico, increased operational costs, inability to negotiate under reasonable terms various debts, certain labor disputes and other claims, is unable to meet its obligations as the mature;

NOW therefore, be it RESOLVED that a Petition in Proceedings under Chapter 11 (Reorganization) of the Bankruptcy Code of the United States of America be filed by the Corporation and that Mr. Porfirio Díaz Torres, Chairman of the Board of shareholders and President, acting individually, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary document for the filing of a Petition under Chapter 11 of the Bankruptcy code;

FURTHER RESOLVED, that Mr. Porfirio Díaz Torres be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf; and

FURTHER RESOLVED, that Maria Soledad Lozada, Lozada and Law & Associates, LLC, be employed to act as counsel for the Corporation in such bankruptcy proceedings."

IN TESTIMONY WHEREOF, I have hereunder set my hand and affixed the Seal of the Corporation, in the City of San Juan, Puerto Rico, on this 27th day of August, 2015.

Mr. Luis Diaz Romero
Secretary
Dito, Inc.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:           Case No. _____

Dito, Inc.          Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Banco De Desarrollo Economico<br>P.O. Box 2134<br>San Juan, PR 00922-2134 | | Commercial Loan | | 4,174,873.33<br>Collateral:<br>0.00<br>Unsecured:<br>4,174,873.33 |
| PORFIRIO DIAZ TORRES<br>GENERAL DEL VALLE 1021<br>URB. LAS DELICIAS<br>SAN JUAN, PR 00924 | | SHAREHOLDER DEBT | | 747,698.67 |
| DIAZ ROMERO & SONS ENTERPRISES, INC<br>URB LAS DELICIAS 1021<br>GENERAL DEL VALLE<br>SAN JUAN, PR 00924 | | Trade debt | | 632,043.76 |
| PUERTO RICO TREASURY DEPARTMENT<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | | Government Debt | | 146,459.96 |
| PRIDCO<br>355 AVE. FRANKLIN D. ROOSEVELT<br>SAN JUAN, PR 00918 | | RENT DEBT | | 82,850.50 |
| CRIM<br>P.O. BOX 195387<br>San Juan, PR 00919-5387 | | Government Debt | | 50,728.18 |
| Autoridad De Energia Electrica De PR<br>P.O. Box 7066<br>San Juan, PR 00917-7066 | | Trade debt | | 41,715.02 |
| Municipio De San Juan<br>P.O. Box 4355<br>San Juan, PR 00901-4355 | | Government Debt | | 37,137.00 |
| Autoridad De Energia Electrica De PR<br>P.O. Box 7066<br>San Juan, PR 00917-7066 | | Trade debt | | 35,780.27 |
| SANTANDER BANK OF PR<br>207 Ponce De Leon Avenue<br>San Juan, PR 00917 | | Commercial Loan | | 24,119.70 |
| PR STATE INSURANCE FUND<br>Carr 21 y Ave De Diego, Rio Piedras<br>Rio Piedras, PR 00925 | | Government Debt | | 15,750.00 |
| POPULAR AUTO<br>PO Box 362708<br>San Juan, PR 00936-2708 | | Bank loan | | 13,174.98<br>Collateral:<br>0.00<br>Unsecured:<br>13,174.98 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| POPULAR AUTO<br>PO Box 362708<br>San Juan, PR  00936-2708 | Bank loan | 12,174.98<br>Collateral:<br>0.00<br>Unsecured:<br>12,174.98 |
| BANCO POPULAR DE PUERTO RICO<br>PO Box 362708<br>San Juan, PR  00936-2708 | Bank loan | 10,843.17 |
| AUTORIDAD DE ACUEDUTOS Y ALCANTARRILADOS<br>PO Box 7066<br>San Juan, PR  00917-7066 | Trade debt | 7,759.49 |
| POPULAR AUTO<br>PO Box 362708<br>San Juan, PR  00936-2708 | Bank loan | 6,989.77<br>Collateral:<br>0.00<br>Unsecured:<br>6,989.77 |
| DELCA Distributors, Inc.<br>P.O. Box 10128<br>San Juan, PR  00922 | SUPPLIER DEBT | 6,343.54 |
| AUTORIDAD DE ACUEDUTOS Y ALCANTARRILADOS<br>PO Box 7066<br>San Juan, PR  00917-7066 | Trade debt | 4,699.84 |
| AKM MFG<br>Urb Industrial Mario Julia 418 Calle A<br>Suite 101<br>San Juan, PR  00920-0201 | SUPPLIER DEBT | 3,922.00 |
| POPULAR AUTO<br>PO Box 362708<br>San Juan, PR  00936-2708 | Bank loan | 3,651.17<br>Collateral:<br>0.00<br>Unsecured:<br>3,651.17 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 27, 2015**     Signature:  */s/ PORFIRIO DIAZ TORRES*

PORFIRIO DIAZ TORRES, PRESIDENT
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. _____

Dito, Inc. _____ Chapter **11** _____
                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 27, 2015** _____ Signature: */s/ PORFIRIO DIAZ TORRES* _____
                                                  **PORFIRIO DIAZ TORRES, PRESIDENT**                                    Debtor

Date: _____ Signature: _____
                                                                                                                              Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Dito, Inc.
202 CALLE TIZOL
SAN JUAN, PR  00924

DELCA Distributors, Inc.
P.O. Box 10128
San Juan, PR  00922

PUERTO RICO TREASURY DEPARTMENT
P.O. Box 9024140
San Juan, PR  00902-4140

Maria S. Lozada Figueroa
PO BOX 9023888
SAN JUAN, PR  00921-3888

DIAZ ROMERO & SONS ENTERPRISES, INC
URB LAS DELICIAS 1021
GENERAL DEL VALLE
SAN JUAN, PR  00924

SAN JUAN GAS
Pda 12 Marginal Sur
San Juan, PR  00907-3458

AC TECHINICAL SERVICES
P.O. Box 691000
4500 Morris Park Dr
Charlotte, NC  28227

LEODI INTERNATIONAL INC
8 CALLE MAESTRO CORDERO
SAN JUAN, PR  00917

SANTANDER BANK OF PR
207 Ponce De Leon Avenue
San Juan, PR  00917

AKM MFG
Urb Industrial Mario Julia 418 Calle A
Suite 101
San Juan, PR  00920-0201

MERCEDES BENZ FINANCIAL
13650 HERITAGE PKWY
FORT WORTH, TX  76177-5323

AUTORIDAD DE ACUEDUTOS Y ALCANTARRILADOS
PO Box 7066
San Juan, PR  00917-7066

Municipio De San Juan
P.O. Box 4355
San Juan, PR  00901-4355

Autoridad De Energia Electrica De PR
P.O. Box 7066
San Juan, PR  00917-7066

POPULAR AUTO
PO Box 362708
San Juan, PR  00936-2708

Banco De Desarrollo Economico
P.O. Box 2134
San Juan, PR  00922-2134

PORFIRIO DIAZ TORRES
GENERAL DEL VALLE 1021
URB. LAS DELICIAS
SAN JUAN, PR  00924

BANCO POPULAR DE PUERTO RICO
PO Box 362708
San Juan, PR  00936-2708

PR STATE INSURANCE FUND
Carr 21 y Ave De Diego , Rio Piedras
Rio Piedras, PR  00925

CLARO DE PR
1515 Roosevelt
SAN JUAN, PR  00968

PRIDCO
355 AVE. FRANKLIN D. ROOSEVELT
SAN JUAN, PR  00918

CRIM
P.O. BOX 195387
San Juan, PR  00919-5387

PROGAS
Tropigas De Puerto Rico
P.O. Box 70205
San Juan, PR  00936-8205